UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 04-5801

UNITED STATES OF AMERICA v. COREY EWINGS, Defendant (SBI No. 000261510C)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. COREY EWINGS (SBI No. 000261510C) is now confined at Southern State Correctional Facility, 4295 Route 47 Delmont, New Jersey 08314.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Susan D. Wigenton, on Tuesday, February 18, 2014 at 11:00 a.m. for a Violation of Supervised Release Hearing in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: February 11, 2014

JONATHAN W. ROMANKOW
Assistant United States Attorney
Petitioner--(973) 645-2884

ORDER FOR WRIT: Let the Writ Issue.

DATED: February 11, 2014

HONORABLE SUSAN D. WIGENTON
United States District Judge

WRIT OF HABEAS CORPUS: The United States of America to DIRECTOR OF SOUTHERN STATE CORRECTIONAL FACILITY

WE COMMAND YOU that you have the body of COREY EWINGS (SBI No. 000261510C) (by whatever name called or charged) now confined in Southern State Correctional Facility, 4295 Route 47 Delmont, New Jersey 08314 before the United States District Court before the Honorable Susan D. Wigenton, at the U.S. District Court, Newark, New Jersey on Tuesday, February 18, 2014 at 11:00 a.m. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge at Newark, New Jersey

DATED: 2/11/14

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk